1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOYCE LORETTA BROWN,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.,

Defendants.

Case No.  15-cv-04647-KAW

ORDER DISCHARGING ORDER TO
SHOW CAUSE FOR FAILURE TO
APPEAR AT CASE MANAGEMENT
CONFERENCE

On January 12, 2016, the Court held a case management conference, where Plaintiff's

counsel, Timothy Scott Hodson, did not appear.  As a result, the Court ordered Mr. Hodson to

show cause, in writing and by no later than January 19, 2016, why he should not pay monetary

sanctions in the amount of $500 for his failure to appear at the case management conference.  Mr.

Hodson filed a timely response.  Accordingly, the order to show cause is hereby DISCHARGED.

Counsel will face sanctions for any future non-appearances in this case.

IT IS SO ORDERED.

Dated: 02/03/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge