STEPHANIE L. QUINN (SBN 216655)
MARIEL COVARRUBIAS (SBN 274784)
MURPHY, CAMPBELL, ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone: (916) 400-2300
Fax: (916) 400-2311
Email: squinn@murphycampbell.com
mcovarrubias@murphycampbell.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
(AMTRAK)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JOYCE LORETTA BROWN, | Case No 4:15-CV-04647-KAW |
|---|---|
| Plaintiff, | NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)'S [~~PROPOSED~~] ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE HEARING |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, AMTRAK CORPORATION, MV TRANSPORTATION, INC. and DOES 1 to 25, | |
| Defendants. | Judge: Kandis A. Westmore<br>Dept: 4<br>Hearing: April 26, 2016<br>Time: 1:30 p.m. |

### [~~PROPOSED~~] ORDER

Having reviewed the file and the request in this matter, and for good cause appearing, IT IS SO ORDERED that AMTRAK's request to appear telephonically at the Case Management hearing is hereby GRANTED.

DATED: 2/26/16

By: _Kandis Westmore_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

- 3 -
NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)'S REQUEST TO APPEAR
TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE HEARING & [PROPOSED] ORDER