(SPACE BELOW FOR FILING STAMP ONLY)

Tim S. Hodson (SBN 262038)
Aston & Price, LLP
8243 Greenback Lane
Fair Oaks, CA 95628
Telephone: (916) 786-7787
Fax:  (916) 786-7625

Attorneys for Plaintiff
JOYCE LORETTA BROWN

Stephanie L. Quinn (SBN 216655)
Mariel Covarrubias (SBN 274784)
**Murphy, Campbell, Alliston & Quinn**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826
Telephone: (916) 400-2300
Fax: (916) 400-2311

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
(AMTRAK)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE LORETTA BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, AMTRAK CORPORATION, and DOES 1 to 25,<br><br>　　　　　　Defendants. | Case No. 4:15-CV-04647-KAW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE MEDIATION; [PROPOSED] ORDER**<br><br>**Judge: Kandis A. Westmore** |

Plaintiff JOYCE LORETTA BROWN, by and through her counsel and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, by and through its counsel, hereby notify the Court that the parties have reached a settlement of the above entitled action.  The parties are in the process of preparing a release and Plaintiff

anticipates filing a dismissal within ten (10) business days.

A mediation is currently scheduled for August 4, 2016 with Mark Conrad, Conrad & Metlitzy, through the Court's mediation program.  The parties have notified Mr. Conrad of the resolution of this matter but request the Court vacate the mediation date in light of the parties agreement and the anticipated dismissal of this matter.

DATED:  July 28, 2016                    MURPHY, CAMPBELL, ALLISTON & QUINN


By:   /s/   STEPHANIE L. QUINN
      STEPHANIE L. QUINN
      MARIEL COVARRUBIAS
      Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)

DATED:  July 28, 2016                    ASTON & PRICE, LLP


By:   /s/ TIM S. HODSON
      TIM S. HODSON
      Attorney for Plaintiff


**IT IS SO ORDERED:**


Dated:  8/2/16

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE