(SPACE BELOW FOR FILING STAMP ONLY)

1  TIM S. HODSON (SBN 262038)
   ASTON & PRICE, LLP
2  8243 Greenback Lane
   Fair Oaks, CA 95628
3  Telephone: (916) 786-7787
   Fax: (916) 786-7625
4
   Attorneys for Plaintiff
5  JOYCE LORETTA BROWN

6

   STEPHANIE L. QUINN (SBN 216655)
7  MARIEL COVARRUBIAS (SBN 274784)
   **MURPHY, CAMPBELL, ALLISTON & QUINN**
8  8801 Folsom Boulevard, Suite 230
   Sacramento, CA 95826
9  Telephone: (916) 400-2300
   Fax: (916) 400-2311
10
   Attorneys for Defendant
11 NATIONAL RAILROAD PASSENGER CORPORATION
   (AMTRAK)
12

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 | JOYCE LORETTA BROWN,                        | Case No. 4:15-CV-04647-KAW
18 |         Plaintiff,                          | **STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND [proposed] ORDER THEREON**
19 |    v.                                       |
20 | NATIONAL RAILROAD PASSENGER CORPORATION, AMTRAK CORPORATION, | **Judge: Kandis A. Westmore**
21 | and DOES 1 to 25,                           |
22 |         Defendants.                         |

23

24

25         **IT IS HEREBY STIPULATED,** by and between Plaintiff JOYCE LORETTA BROWN

26 ("PLAINTIFF") and NATIONAL RAILROAD PASSENGER CORPORATION

27 ("DEFENDANT") and AMTRAK CORPORATION ("DEFENDANT") by and through their

28 respective counsel of record, that the entire above-captioned action be dismissed with

prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed.)

DATED: August 17, 2016              MURPHY, CAMPBELL, ALLISTON & QUINN


By: /s/ STEPHANIE L. QUINN
STEPHANIE L. QUINN
MARIEL COVARRUBIAS
Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)


DATED: August 16, 2016              ASTON & PRICE, LLP


By: /s/ TIM S. HODSON
TIM S. HODSON
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above referenced matter, U.S.D.C. N.D. Cal. Case No. 4:15-CV-04647-KAW, are hereby dismissed with prejudice.

**IT IS SO ORDERED:**

Dated:  8/19/16

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND [proposed] ORDER THEREON